UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

_____
                                    )
ANTONIO SILVA,                      )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )   C.A. No. 14-301 S
                                    )
CAROLYN COLVIN, ACTING              )
COMMISSIONER OF SOCIAL SECURITY,    )
                                    )
        Defendant.                  )
_____)

## ORDER

WILLIAM E. SMITH, Chief Judge.

On July 29, 2015, United States Magistrate Judge Patricia A. Sullivan issued a Report and Recommendation ("R&R") in the above-captioned matter (ECF No. 10).  Judge Sullivan recommended that Plaintiff's Motion to Reverse with a Remand for Rehearing of the Commissioner's Final Decision ("Plaintiff's Motion") (ECF No. 8) be granted, Defendant's Motion for an Order Affirming the Decision of the Commissioner ("Defendant's Motion") (ECF No. 9) be denied, the matter be remanded to the Commissioner for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g), and final judgment be entered in Plaintiff's favor.  No objections to the R&R were filed, and the time for doing so has passed.  Accordingly, the Court hereby accepts the R&R pursuant to 28 U.S.C. § 636(b)(1).  The R&R is ADOPTED, Plaintiff's

Motion is GRANTED, Defendant's Motion is DENIED, and the matter is REMANDED to the Commissioner for further proceedings pursuant to Sentence Four.  Final judgment shall enter for Plaintiff.

IT IS SO ORDERED.

/s/ William E. Smith
_____
William E. Smith
Chief Judge
Date:  August 24, 2015